AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED IN OPEN COURT
ON 1/26/12
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

ALTON A. MCEACHERN

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:12-MJ-1046

CHARGING DISTRICTS CASE NUMBER: CR 11-40021

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __SOUTHERN__ District of __SOUTH DAKOTA__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 400 S. Phillips Ave, Sioux Falls, Courtroom #3 [South Dakota] on February 17, 2012 at 1:30 pm.

*Date and Time*

_Signature of Judge_

26 January 2012
*Date*

JAMES E. GATES, USMJ
*Name and Title of Judge*